UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

FEB 2 2 2022

PER _____ m
DEPUTY CLERK

Nathan L May Jr
660 W Vine Street
Apt 5. Lancaster, PA. 17603
(Enter above the full name of plaintiff in this action)

CIVIL CASE NO: 1:22-CV-268-WIA
(to be supplied by Clerk of the District Court)

v.

Officer Daniel R. Klinedinst
PA Department of Transportation
Regina Jackson-Dunbar (Penndot)
Yassmin Gramian (Penndot)
(Enter above the full name of the defendant(s) in this action)

COMPLAINT

1. The plaintiff __Nathan L. May Jr__ a citizen of the County of __Lancaster__ State of Pennsylvania, residing at __660 W Vine Street__ wishes to file a complaint under __Title 42 Section 1983, Entrapment, Perjury (Klinedinst) Violation of Verbal Agreement to Approve Probationary License. Penndot was also Complicit in Violating O'Connell Warning by Ignoring evidence of a Crime.__
(give Title No., etc.)

2. The defendant is __Daniel R. Klinedinst (Committed the initial Crime). All Penndot Administration Acknowledged Crime Committed and did Not do anything to stop it. Penndot knew my 4th Amendment was Violated.__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

York County Court Concluded No evidence to support False Charges Made by Klinedinst. In retaliation he filed a 1547

Continued). With Penndot without my knowledge or proper due Process. The 1547 Chemical test refusal was filed without evidence or Conviction during my Criminal Case in York County. The Assistant District Attorney made the statement that the officer presented No evidence to support the charges. As per my Transcripts, Officer Klinedinst knowingly violated Oconell Warning, Due Process and a host of Civil Rights without care for any consequences. My Docket + Video will Show the officer committing these Crimes further proving what the lower Courts already have seen and Acknowledged. Penndot was aware of the violation and failed to make it right. I was guaranteed by Regina Jackson-Dunbar that I would receive my Probationary Licence 1-3-2022 of which I did not. Penndot has knowingly received Fraudulent and Unsubstantiated Charges from Police without Proper Due Process. Penndot has violated our Verbal + Contractual agreements repeatedly with Consequence. Penndot has received Thousands of Dollars from me by its direction for Cost and fees stating I would receive my licence and I have Not. All witnesses and Documention (Written, Video + Audio) will prove how I have been the Victim of a number of Civil Rights Violations.

3. (CONTINUED) I have reached out to Officer Klinedinst a number of times, phone, email, Complaints, Superiors and I have been blocked at every turn. I posted on the police website and did not get a response.

4. WHEREFORE, plaintiff prays that Justice will finally be served. The Traumatic experience I endured, the complete disregard or respect for due process. I was never given the opportunity for this officer to find me guilty in front of a judge, he used a loop hole which honestly was a crime also. I am a victim, I ask that the officer and those who helped him a brought to justice.

(Signature of Plaintiff)